# EXHIBIT A

# OFFICE OF THE COUNTY SOLICITOR



George F. Halcovage, Jr., Commissioner Chair
Barron L. Hetherington, Commissioner
Gary J. Hess, Commissioner
Linda Deatrich, Chief Clerk

Alvin B. Marshall, Solicitor
Glenn T. Roth, Jr., 1st Assistant Solicitor
Christopher W. Hobbs, Assistant Solicitor
Lois A. Lebo, Paralegal

Phone: 570-628-1129
Fax:    570-628-1106

SCHUYLKILL COUNTY COURTHOUSE
401 NORTH SECOND STREET
POTTSVILLE, PENNSYLVANIA 17901-2528

FOR IMMEDIATE RELEASE:

June 30, 2020

On the morning of May 22, 2020, the Schuylkill County Human Resources Director Deborah Twigg ("HR") received serious allegations against Schuylkill County Commissioner George Halcovage including claims of sexual harassment concerning several female County Employees (the "Employees"). The County was notified that one employee in particular retained counsel and the County was directed that all questions should be directed to her attorney.

Upon receipt of the allegations, County Administrator Gary Bender ("Administrator") was notified and HR was immediately directed to conduct an internal investigation into the allegations in accordance with the County's Policies and Procedures. Interviews were conducted that day.

Commissioner Halcovage was informed that serious allegations were made against him.  Commissioners Hess and Hetherington were also notified of the allegations.  After the initial interviews took place, the Administrator directed HR and the County's First Assistant County Solicitor/ Risk Manager, Glenn Roth, Esquire ("RM") to conduct the remainder of the interviews.

The County took certain steps to accommodate the Employees to ensure that they felt comfortable in the workplace including directing Commissioner Halcovage to not have contact with the Employees.

Commissioner Halcovage informed HR that he had retained an attorney and an interview took place with Commissioner Halcovage and his attorney on June 10, 2020.  On June 16, 2020, HR and RM interviewed the County employee making the most serious allegations along with her attorney.  A follow-up interview with Commissioner Halcovage and his counsel occurred on June 23, 2020.   During the interviews of Commissioner Halcovage, he was questioned regarding specific allegations made against him by the Employees.

It is important to note that no complaints were made against Commissioner Halcovage by any of the Employees prior to May 22, 2020.  The County conducted its internal investigation through HR as it does with any other allegation involving County personnel.  This investigation was conducted as expeditiously as possible but took some time given the number of interviews that needed to be conducted and that there were multiple attorneys involved.

While many of the allegations made by the Employees were denied by Commissioner Halcovage,  it is apparent, based on the County's internal investigation, that Mr. Halcovage has violated the Sexual Harassment Policy #2005-18 (Revised September 2013), the Conduct and Disciplinary Action Policy

#2005-19; and the Physical and Verbal Abuse Policy #2007-02 (Revised March, 2007).  If this investigation involved a County department head, the department head would be suspended immediately pending investigation followed by a recommendation of employment termination.  However, neither County Administration nor other county commissioners may discipline a fellow county commissioner or remove him from office absent criminal conviction or impeachment.  Given that this incident does involve personnel, involves multiple attorneys, and may proceed to litigation, the County may not provide specific details of the allegations made by the Employees or the specific findings of the internal investigation.

                \*                \*                \*