

**GERARD J. GEIGER, ESQ.**

712 Monroe Street | Stroudsburg, PA 18360-2131
570.421.9090 | Fax 570.424.9739
ggeiger@newmanwilliams.com | newmanwilliams.com

April 22, 2021

*Via ECF only*

Honorable Malachy E. Mannion
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

      RE:    Doe et al v. Schuylkill County Courthouse et al, 3:21-cv-00477

Dear Judge Mannion:

I represent defendant, Schuylkill County Commissioner George Halcovage, in his individual capacity. I am writing to request a conference call with you because I believe that a short conversation with all counsel and you may help streamline this case and avoid unnecessary motions that might save us all some time.

These are the issues I think might be resolved in a conference call:

1. The resolution of the plaintiffs' motion for preliminary injunction;

2. Plaintiff's request to file documents under seal;

3. The dismissal of the Schuylkill County Courthouse as a defendant and the substitution of Schuylkill County in its place;

4. The naming of defendants in the body of the Amended Complaint that are not included in the caption; and

5. The removal of redundant official capacity claims.

6. The reference to Jane Does instead of their actual names.

1

The County's counsel concurs in this request.

Very truly yours,

Gerard J. Geiger

Cc: all counsel via ECF