# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civil No. 3:21-CV-477 |
| Plaintiffs, | : | |
| v. | : | |
| **SCHUYLKILL COUNTY COURTHOUSE, et al.,** | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

## REVISED CASE MANAGEMENT ORDER

I. **GENERAL**

AND NOW this 1st day of November 2021, the parties having consented to proceed before this Court, and participated in a case management conference, the following revised case management order is entered in this matter.

1. COUNSEL AND *PRO SE* LITIGANTS ARE RESPONSIBLE FOR READING THIS ENTIRE ORDER.

2. **Schedule**. The following deadlines, described in greater detail throughout this order, have been established for this case, and may not be modified by the parties. Motions to modify or extend the deadlines established here shall be made before expiration of the time limits has passed. **All requests for extensions of discovery deadlines must be made at least thirty (30) days prior to the**

**expiration of the discovery period**. Motions will be granted only on a showing of good cause.

|  |  |
|---|---|
| Fact Discovery: | **June 6, 2022** |
| Expert Reports. |  |
| Plaintiff: | **April 29, 2022** |
| Defendant | **June 6, 2022** |
| Supplementations | **July 8, 2022** |
| Dispositive Motions | **July 29, 2022** |

Further pretrial and trial dates, if necessary, will be set in consultation with counsel following the expiration of the dispositive motion deadline and the resolution of any dipositive motions filed by the parties.

*S/Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge