# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | **Civil No. 3:21-CV-477** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **SCHUYLKILL COUNTY** | : | |
| **COURTHOUSE, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW this 19th day of November 2021, a hearing is scheduled on the

motion for preliminary injunction in the above captioned case for **December 22,**

**2021 at 9:30 a.m**. Courtroom #5, 11th Floor in the United States Courthouse,

Harrisburg, Pennsylvania.


/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge