# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOE, et al.
                    Plaintiffs

v.

SCHUYLKILL COUNTY, et al.,
              Defendants

No. 3:21-cv-00477

Jury Trial Demanded

## **ORDER**

AND NOW, this 29th day of November , 2021, **IT IS ORDERED** that

Defendant, Glenn Roth shall be permitted to file a Brief in Support of his Motion to

Dismiss that shall not exceed thirty (30) pages.

BY THE COURT:

*s/ Martin C. Carlson*

_____
MARTIN C. CARLSON, U.S.M.J.
UNITED STATES DISTRICT COURT