IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civil No. 3:21-CV-477 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY** | : | |
| **COURTHOUSE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

AND NOW this 5th day of May 2022, in accordance with the accompanying Memorandum Opinion, Defendant Bender and the County's motion to dismiss (Doc. 71) is GRANTED IN PART AND DENIED IN PART as follows: The motion will be GRANTED with respect to the PHRA discrimination claim against Defendant Bender (Count V), as well as the claim for punitive damages against Bender under the PHRA. The motion is DENIED in all other respects.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge