IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civil No. 3:21-CV-477 |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY COURTHOUSE, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 6th day of May 2022, in accordance with the accompanying Memorandum Opinion, Defendant Halcovage's motion to dismiss (Doc. 73) is GRANTED IN PART AND DENIED IN PART as follows: The motion will be GRANTED with respect to the direct PHRA discrimination claim only, but the motion is DENIED in all other respects.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge