IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civil No. 3:21-CV-477 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY** | : | |
| **COURTHOUSE, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW this 10th day of May 2022, in accordance with the accompanying Memorandum Opinion, Defendant Roth's motion to dismiss (Doc. 72) is GRANTED IN PART AND DENIED IN PART as follows: The motion will be GRANTED with respect to the direct PHRA discrimination claim but will be DENIED in all other respects.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
