# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civil No. 3:21-CV-477 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY** | : | |
| **COURTHOUSE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 11th day of May 2022, in accordance with the accompanying Memorandum Opinion, Defendant Kutzler's motion to dismiss (Doc. 94) is GRANTED IN PART AND DENIED IN PART as follows: The motion is GRANTED with respect to the direct PHRA discrimination claim but is DENIED in all other respects.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
