IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civil No. 3:21-CV-477 |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY COURTHOUSE, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

    This case—which presents allegations of workplace misconduct at the Schuylkill County Courthouse involving alleged sexual harassment, assault and predation coupled with assertions of official indifference to the plight of the alleged victims of this workplace violence—comes before us for the purpose of setting a case management schedule and discovery limitations. On this score, as we noted during a May 24, 2022 telephonic case management conference, the parties appeared to have numerous disagreements and misunderstandings regarding the proper scope of discovery in this case, matters that they seem not to have identified or addressed when they fashioned their initial case management plan in this case. In order to allow the parties to acknowledge, address, and resolve these issues we directed the parties to consult and confer and provide us with an updated case management plan. (Doc. 152).

1

The parties have complied with this direction, and their revised case management plan reveals that they have agreed upon some discovery issues but have been unable to resolve many discovery questions. (Doc. 156). We are prepared to resolve these issues promptly for all parties, and believe that we fully understand the parties' contrasting views based upon the amended case management plan, but will provide the parties the opportunity, if they wish, to submit letter briefs of no more than 10 pages in length in support of their positions, provided these letter briefs are submitted on or before **June 21, 2022**.

So ordered this 14th day of June 2022.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge