IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, et al., | : | Civil No. 3:21-CV-477 |
| Plaintiffs, | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| SCHUYLKILL COUNTY COURTHOUSE, et al., | : | |
| Defendants | : | |

# ORDER

The plaintiffs have filled a motion for sanctions in this case alleging that the defendant George Halcovage violated the stipulated confidentiality order entered in this case. (Doc. 200). The defendant shall file a response to this motion on or before **February 28, 2023**.

So ordered this 16th day of February 2023.

<i>S/ Martin C. Carlson</i><br>
Martin C. Carlson<br>
United States Magistrate Judge

1