# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, et. al. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Docket No.: 3:21-cv-00477 |
| | : | |
| SCHUYLKILL COUNTY, et. al. | : | **ENTRY OF APPEARANCE** |
| Defendants. | : | |

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel on behalf of Defendant Glenn Roth in connection with the above captioned matter.

MARGOLIS EDELSTEIN

BY: _/s/ Anastasia Shubert-Baranowski_

Anastasia Shubert-Baranowski, Esquire
Attorney ID No.: 329297
170 S. Independence Mall W.,
Suite 400E
Philadelphia, PA 19106
T: 267-876-5086
abaranowski@margolisedelstein.com
Attorney for Defendant,
Glenn Roth