IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civ. No. 3:21-CV-477 |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY COURTHOUSE, et al.,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 28th day of March 2023, following a telephone conference to discuss a discovery dispute regarding the scope of the Rule 30(b)(6) deposition of the Schuylkill County Courthouse; and in accordance with the instructions provided to parties during the telephone conference, IT IS HEREBY ORDERED THAT:

1. The Plaintiffs are permitted to question the 30(b)(6) witness as to following topic numbers in Plaintiffs' Notice of Deposition: 12, 13, 14, 15, 16, 18, 19, 25, and 29.

2. If the Defendant has objections during the deposition, the Defendant shall make its objections on the record, and we can address any such objections following the conclusion of the deposition.

<u>*s/ Martin C. Carlson*</u>
Martin C. Carlson
United States Magistrate Judge