IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOE, et al.
          Plaintiffs

v.

SCHUYLKILL COUNTY
COURTHOUSE, et al.,
          Defendants

No. 3:21-cv-00477

Jury Trial Demanded.

## **ATTESTATION**

Pursuant to Title 28, United States Code, Section 1746, I attest as follows: I have read, understand, and agree to comply with all court orders in this case. I acknowledge that failures to comply with court orders may result in additional sanctions against me.

George Halcovage, Jr.

DATED: _04/04/2023_

1

Certificate of Service

I hereby certify that on this date, counsel for the parties were served a copy of this document via the court's ECF system.

NEWMAN|WILLIAMS

By: _____

Gerard J. Geiger, Esq.

Attorney I.D. # PA44099

Date: April 4, 2023