# DEREK SMITH LAW GROUP, PLLC
### Employment Lawyers Representing Employees Exclusively

**Philadelphia | New York | Los Angeles | Miami | New Jersey**

May 1, 2023

**VIA EMAIL**
Magistrate Judge Martin C. Carlson
magistrate_judge_carlson@pamd.uscourts.gov

      RE:    **Jane Doe, et al. v. Schuylkill County et. al.**
              **Civil Action No.: 3:21-00477**

Dear Judge Carlson,

    This firm represents Plaintiffs Jane Doe, Jane Doe 2, Jane Doe 3, and Jane Doe 4 in the above-referenced matter. The parties have begun to engage in good faith discussions related to settlement. The parties collectively believe that mediation could be beneficial, and hereby jointly request mediation with Magistrate Judge Saporito, if possible.

    Please contact us if you require anything further from us or have any questions.

                                     Respectfully Submitted,

                                       /s/ *Catherine W. Smith, Esq.*
                                   Catherine W. Smith, Esq.
                                   DEREK SMITH LAW GROUP, PLLC
                                   1835 Market St., Suite 2950
                                   Philadelphia, PA 19103
                                   Phone: 267.857.0832
                                   Fax: 215.893.5228
                                   catherine@dereksmithlaw.com

Enclosures
cc:    All counsel of record (via email only)