# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE, et al.,** | : | Civil No. 3:21-CV-477 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY** | : | |
| **COURTHOUSE, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 1st day of May 2023, the parties' joint request to refer this case for a settlement conference, is GRANTED and the above-captioned case is referred to Chief Magistrate Judge Mehalchick for the purpose assigning a magistrate judge to conduct a settlement conference at a date and time that is mutually convenient to the parties and the court. **It is noted that Magistrate Judge Saporito previously conducted a settlement conference in this case, and the parties request his services if possible.** The parties will provide a settlement conference status report on or before **August 1, 2023.**

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
