IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, et al., | : | CIVIL NO. 3:21-CV-0477 |
| Plaintiffs | : | (Magistrate Judge Carlson) |
| v. | : | (Magistrate Judge Saporito) |
| SCHUYLKILL COUNTY COURTHOUSE, et al., | : | |
| Defendants | : | |

ORDER

AND NOW, this 1st day of May, 2023, IT IS HEREBY ORDERED THAT:

1. A telephonic scheduling conference shall be conducted in the above-captioned action on **May 9, 2023, at 1:30 p.m.** for the purpose of scheduling a settlement conference.

2. Counsel shall utilize the following information to access the conference:

>Toll-Free Number: (888) 251-2909
>Access Code: 2052706

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge