IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, et al., | : | CIVIL NO. 3:21-CV-0477 |
| Plaintiffs | : | (Magistrate Judge Carlson) |
| v. | : | (Magistrate Judge Saporito) |
| SCHUYLKILL COUNTY COURTHOUSE, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 9th day of May, 2023, IT IS HEREBY ORDERED THAT:

1. A settlement conference shall be conducted in the above-captioned action on **June 9, 2023, at 10:00 a.m.** in Chambers, Wilkes-Barre, Pennsylvania.

2. The unopposed request of defendant Kutzler for leave of court to allow defendant's representatives to participate in the settlement conference by telephone is **GRANTED.**

3. The individual with settlement authority on behalf of defendant Doreen Kutzler, **LINDA CARNEY**, shall be permitted

1

to participate in the June 9, 2023, settlement conference by telephone. She is hereby **ATTACHED** for the duration of the settlement conference. She shall be readily available by telephone for discussions with counsel and the court throughout the conference.

4.   On or before **June 2, 2023,** each party shall submit to the undersigned, *via facsimile* at 570-821-4009, or by email at magistrate_judge_saporito@pamd.uscourts.gov, a brief, concise, and confidential settlement memorandum.

*[signature]*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge