IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Scranton)

| | |
|---|---|
| JANE DOE, et al., | CIVIL ACTION – LAW |
| Plaintiffs, | No. 3:21-cv-00477-MCC |
| and | MAGISTRATE JUDGE MARTIN C. CARLSON |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | *Electronically Filed* |
| v. | |
| SCHUYLKILL COUNTY COURTHOUSE, et al., | |
| Defendants. | **JURY TRIAL DEMANDED** |

### JOINT DEFENSE MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT

AND NOW, come the Defendants, by and through their undersigned counsel, and file the within Joint Defense Motion for Extension of Time to File Motions for Summary Judgment, as follows:

1. Currently, there is a deadline of June 22, 2023 for the filing of Motions for Summary Judgment.

2. That deadline was extended from a prior date to allow the parties to engage in mediation which was scheduled before Magistrate Judge Joseph Saporito on June 9, 2023.

3. The mediation took place with all parties participating in person and engaging in discussions throughout the entire day.

{W0290548.1}

4. At the conclusion of the day, counsel for the Plaintiffs and counsel for the County Defendants agreed to speak the following week about mediating again and even scheduled an additional call with Magistrate Judge Saporito.

5. Following the completion of the mediation, counsel for the Plaintiffs suggested that her clients would be willing to mediate further with another magistrate judge, which counsel for the County Defendants indicated she would need to obtain authority to do so, as the County parties remained interested in continuing settlement talks with the existing mediator.

6. During the week of June 12, 2023, communications between counsel and Magistrate Judge Saporito took place to address the scheduled call, which Plaintiffs were unwilling to keep. Copies of these communications are attached collectively as Exhibit A.

7. Other communications continued with all counsel, all geared towards coordinating the potential for continuing to mediate with another mediator identified by Plaintiffs. Copies of these communications are attached collectively as Exhibit B.

8. Throughout the week of June 12, 2023, until up to the present, it was believed that by agreeing to further mediate with the new mediator, there would be no need to move forward at this time with the filing of Motions for Summary Judgment.

9. Certainly, spending the time and money needed in preparing Motions for Summary Judgment would not be useful in terms of the potential impact it might have on settlement. Accordingly, efforts at discussing moving forward with another mediation date continued by Defendants as reflected in the attached emails.

10. Despite earlier suggesting that further mediation with another mediator would be beneficial, Plaintiffs have modified their course and now will not agree to mediate unless and until another offer, which will unilaterally have to be deemed by them to be acceptable, is made.

11. The Defendants sought to utilize the mediation process for any further offers. That opportunity, however, is no longer acceptable to the Plaintiffs.

12. Accordingly, all Defendants seek time to now evaluate and prepare the necessary Motions for Summary Judgment for their respective clients inasmuch as they did not want to spend unnecessary funds in preparing the same while moving forward with mediation planning, even as recently as late last week.

13. The Defendants therefore seek to extend the time for filing of Motions for Summary Judgment. Given the schedules of all, the Defendants seek to extend that deadline from June 22, 2023 until July 31, 2023.

14. Plaintiffs do not consent to this Motion.

15. Despite anticipated protest to the contrary, no real prejudice to the Plaintiffs will exist because with the agreed prior extension until June 22, 2023, the Defendants had consented to a July 28, 2023 deadline for Plaintiffs to respond to those Motions. The total of a few additional weeks now from the end of July for the Plaintiffs to respond does not create any legitimate prejudice.

16. The Defendants remain available for a conference with the Court if needed to address this issue, including to discuss setting a second day for mediation.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their request for an extension of time until July 31, 2023 to file Motions for Summary Judgment in this matter.

Respectfully submitted,

By: s/Gerard J. Geiger
GERARD J. GEIGER, Esquire
PA I.D. #44099

Newman Williams
712 Monroe Street
Stroudsburg, PA 18360
Phone: (570) 421-9090
Fax: (570) 424-9739
E-Mail: ggeiger@newmanwilliams.com

*Counsel for Defendant, GEORGE HALCOVAGE*

By: s/Paul Gregory Lees
PAUL GREGORY LEES, Esquire
PA I.D. #68886

Dickie, McCamey & Chilcote, P.C.
190 Brodhead Road, Suite 310
Bethlehem, PA 18017
Phone: (484) 510-7697
Fax: (888) 811-7144
E-Mail: plees@dmclaw.com

*Counsel for Defendant, DOREEN KUTZLER*

By:  s/Marie Milie Jones
MARIE MILIE JONES, Esquire
PA I.D. #49711
E-Mail: mjones@jonespassodelis.com

MICHAEL R. LETTRICH, Esquire
PA I.D. #80635
E-Mail: mlettrich@jonespassodelis.com

MARIA N. PIPAK, Esquire
PA I.D. #317450
E-Mail:  mpipak@jonespassodelis.com

JonesPassodelis, PLLC
Gulf Tower, Suite 3510
707 Grant Street
Pittsburgh, PA  15219
Phone: (412) 315-7272
Fax: (412) 315-7273

*Counsel for Defendants, SCHUYLKILL COUNTY, GARY BENDER and HEIDI ZULA*

By: s/Meghan Wynkoop
MEGHAN WYNKOOP, Esquire
PA I.D. #324242
E-Mail: mwynkoop@margolisedelstein.com

JOCELYN MENDEZ, Esquire
PA I.D. #330493
E-Mail: jmendez@margolisedelstein.com

ANASTASIA SHUBERT-BARANOWSKI, Esquire
PA I.D. # 329297
E-Mail: abaranowski@margolisedelstein.com

Margolis Edelstein
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106-3337
Phone: (215) 922-1100
Fax: (215) 922-1772

*Counsel for Defendant, GLENN ROTH*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon the following counsel of record via the ECF electronic filing system:

| | |
|---|---|
| Catherine W. Smith, Esquire<br>Derek Smith Law Group, PLLC<br>1835 Market Street, Suite 2950<br>Philadelphia, PA 19103<br>catherine@dereksmithlaw.com<br>*Counsel for Plaintiffs* | Gerard J. Geiger, Esquire<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360<br>ggeiger@newmanwilliams.com<br>*Counsel for Defendant, George Halcovage* |
| Paul Gregory Lees, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>190 Brodhead Road, Suite 310<br>Bethlehem, PA 18017<br>plees@dmclaw.com<br>*Counsel for Defendant, Doreen Kutzler* | Meghan Wynkoop, Esquire<br>Jocelyn Mendez, Esquire<br>Anastasia Shubert-Baranowski, Esquire<br>Margolis Edelstein<br>170 S. Independence Mall W., Suite 400E<br>Philadelphia, PA 19106-3337<br>mwynkoop@margolisedelstein.com<br>jmendez@margolisedelstein.com<br>abaranowski@margolisedelstein.com<br>*Counsel for Defendant, Glenn Roth* |

JONESPASSODELIS, PLLC

Date:  June 19, 2023

s/Marie Milie Jones
MARIE MILIE JONES, Esquire
MICHAEL R. LETTRICH, Esquire
MARIA N. PIPAK, Esquire

Counsel for Defendants,
SCHUYLKILL COUNTY, GARY BENDER and HEIDI ZULA