# EXHIBIT A

# Marie M. Jones

| | |
|---|---|
| **From:** | Marie M. Jones |
| **Sent:** | Tuesday, June 13, 2023 10:32 AM |
| **To:** | Catherine Smith; Chambers of Magistrate Judge Joseph F. Saporito |
| **Cc:** | ggeiger_newmanwilliams.com; Lees, Paul; mwynkoop@margolisedelstein.com; Michael R. Lettrich; Alyssa DeBise; abaranowski@margolisedelstein.com; Jocelyn'; kbambary@dmclaw.com |
| **Subject:** | Re: Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477) |

Judge,

My clients and I very much appreciated your efforts. As you noted, the county remains willing to work with you on this matter, believing such discussions are not a waste of time.

Best,
Marie

**Marie Milie Jones**
JonesPassodelis, PLLC
www.jonespassodelis.com
412-315-7272

Sent from my iPhone

> On Jun 13, 2023, at 10:15 AM, Catherine Smith <catherine@dereksmithlaw.com> wrote:
>
> Your Honor,
>
> At this time my clients feel that any additional efforts would be a waste of everyone's time. Should they change their minds we will surely let you know. Your time and effort on this matter is greatly appreciated.
>
> Please let me know if you have any questions or concerns.
>
> Thank you,
> **Catherine W. Lowry, Esq.**
> *Admitted PA &NJ,
>
> DEREK SMITH LAW GROUP, PLLC
> The Employment Lawyers™
> *Representing Employees Exclusively*
>
> Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
> www.discriminationandsexualharassmentlawyers.com
> New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco
> *The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is

1

directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

---

**From:** Chambers of Magistrate Judge Joseph F. Saporito <Magistrate_Judge_Saporito@pamd.uscourts.gov>
**Sent:** Tuesday, June 13, 2023 10:06 AM
**To:** Catherine Smith <catherine@dereksmithlaw.com>; Chambers of Magistrate Judge Joseph F. Saporito <Magistrate_Judge_Saporito@pamd.uscourts.gov>
**Cc:** mjones_jonespassodelis.com <mjones@jonespassodelis.com>; ggeiger_newmanwilliams.com <ggeiger@newmanwilliams.com>; Lees, Paul <plees@dmclaw.com>; mwynkoop@margolisedelstein.com <mwynkoop@margolisedelstein.com>; mjones_jonespassodelis.com <mjones@jonespassodelis.com>; Michael R. Lettrich <mlettrich@jonespassodelis.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>; abaranowski@margolisedelstein.com <abaranowski@margolisedelstein.com>; Jocelyn' <jmendez@margolisedelstein.com>; kbambary@dmclaw.com <kbambary@dmclaw.com>
**Subject:** RE: Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477)

Dear Ms. Lowry:

    It is unfortunate that your clients have shut down settlement negotiations. It was evident to me that the defendants were willing to give the case another attempt to settle. If your clients have a desire to resume discussions in the future (assuming the defendants do as well), I am willing to remain involved.

    Thank you,



Joseph F. Saporito, Jr., U.S. Magistrate Judge
United States District Court for the
Middle District of Pennsylvania
197 South Main Street, Suite 161
Wilkes-Barre, PA 18701
(570) 831-2570

---

**From:** Catherine Smith <catherine@dereksmithlaw.com>
**Sent:** Monday, June 12, 2023 6:21 PM
**To:** Chambers of Magistrate Judge Joseph F. Saporito <Magistrate_Judge_Saporito@pamd.uscourts.gov>
**Cc:** mjones_jonespassodelis.com <mjones@jonespassodelis.com>; ggeiger_newmanwilliams.com <ggeiger@newmanwilliams.com>; Lees, Paul <plees@dmclaw.com>; mwynkoop@margolisedelstein.com; mjones_jonespassodelis.com <mjones@jonespassodelis.com>; Michael R. Lettrich <mlettrich@jonespassodelis.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>; abaranowski@margolisedelstein.com; Jocelyn' <jmendez@margolisedelstein.com>; kbambary@dmclaw.com
**Subject:** Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477)

**CAUTION - EXTERNAL:**

2

Good Evening,

My clients have advised me that they are no longer interested in pursuing settlement discussions with His Honor. As such, I do not believe that this Thursday's 3 PM teleconference is necessary.

Please let me know if you or His Honor have any questions or concerns.

Thank you,

**Catherine W. Lowry, Esq.**

*Admitted PA &NJ,

# DEREK SMITH LAW GROUP, PLLC

The Employment Lawyers™

*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com

www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3

# Marie M. Jones

| | |
|---|---|
| **From:** | Catherine Smith <catherine@dereksmithlaw.com> |
| **Sent:** | Wednesday, June 14, 2023 3:17 PM |
| **To:** | Gerard Geiger |
| **Cc:** | Marie M. Jones; Lees, Paul; mwynkoop@margolisedelstein.com; Michael R. Lettrich; Alyssa DeBise; abaranowski@margolisedelstein.com; Jocelyn'; kbambary@dmclaw.com |
| **Subject:** | Re: Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477) |

Counsel,

My clients have all instructed me to withdraw from negotiations with Judge Saporito. However, as I informed Marie, negotiations may still be possible. We have suggested Magistrate Judge Melhachick. I am awaiting Marie update regarding her clients' position to that proposal.

Please let me know if you have any questions or concerns.

Thank you,
**Catherine W. Lowry, Esq.**

*Admitted PA &NJ,

# DEREK SMITH LAW GROUP, PLLC
The Employment Lawyers™

*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

---

**From:** Gerard Geiger <ggeiger@newmanwilliams.com>
**Sent:** Wednesday, June 14, 2023 2:50 PM
**To:** 'Chambers of Magistrate Judge Joseph F. Saporito' <Magistrate_Judge_Saporito@pamd.uscourts.gov>; Catherine Smith <catherine@dereksmithlaw.com>
**Cc:** mjones_jonespassodelis.com <mjones@jonespassodelis.com>; Lees, Paul <plees@dmclaw.com>; mwynkoop@margolisedelstein.com <mwynkoop@margolisedelstein.com>; mjones_jonespassodelis.com <mjones@jonespassodelis.com>; Michael R. Lettrich <mlettrich@jonespassodelis.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>; abaranowski@margolisedelstein.com <abaranowski@margolisedelstein.com>; Jocelyn' <jmendez@margolisedelstein.com>; kbambary@dmclaw.com <kbambary@dmclaw.com>
**Subject:** RE: Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477)

My comments are somewhat late, but I was out of the office.

In an emotional case such as this one, I understand how some of the parties might reject further mediation efforts. And, it goes without saying that I represent the target of the plaintiffs' claims, George Halcovage.

I encourage the plaintiffs to continue the process. Even if mediation could narrow some issues to be tried, it would be useful. It is not all or nothing. And, if we try the case, maybe the trial will be shorter.

1

Catherine: Let's continue discussions. Even if only to narrow the issues. You have 4 plaintiffs who have completely different damages claims. Say "yes" and I'll ask Judge Saporito for a conference call.

And to Judge Saporito: thanks for your efforts.

Jerry Geiger



Gerard J. Geiger, Esq.
P.O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
T: (570) 421-9090 Ext. 241
F: (570) 424-9739
E: ggeiger@newmanwilliams.com
vCard | www.newmanwilliams.com

CONFIDENTIALITY NOTICE: This email and any documents accompanying this email transmission may contain information which is a privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, any disclosure, copying, distribution, and/or taking of any action in reliance on the contents of this email information is strictly prohibited and may result in legal action being instituted against you. Kindly reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately.

**From:** Chambers of Magistrate Judge Joseph F. Saporito <Magistrate_Judge_Saporito@pamd.uscourts.gov>
**Sent:** Tuesday, June 13, 2023 10:06 AM
**To:** Catherine Smith <catherine@dereksmithlaw.com>; Chambers of Magistrate Judge Joseph F. Saporito <Magistrate_Judge_Saporito@pamd.uscourts.gov>
**Cc:** mjones_jonespassodelis.com <mjones@jonespassodelis.com>; Gerard Geiger <ggeiger@newmanwilliams.com>; Lees, Paul <plees@dmclaw.com>; mwynkoop@margolisedelstein.com; mjones_jonespassodelis.com <mjones@jonespassodelis.com>; Michael R. Lettrich <mlettrich@jonespassodelis.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>; abaranowski@margolisedelstein.com; Jocelyn' <jmendez@margolisedelstein.com>; kbambary@dmclaw.com
**Subject:** RE: Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477)

Dear Ms. Lowry:

    It is unfortunate that your clients have shut down settlement negotiations. It was evident to me that the defendants were willing to give the case another attempt to settle. If your clients have a desire to resume discussions in the future (assuming the defendants do as well), I am willing to remain involved.

    Thank you,



*Joseph F. Saporito, Jr.*
Joseph F. Saporito, Jr., U.S. Magistrate Judge
United States District Court for the
Middle District of Pennsylvania
197 South Main Street, Suite 161
Wilkes-Barre, PA 18701
(570) 831-2570

---

**From:** Catherine Smith <catherine@dereksmithlaw.com>
**Sent:** Monday, June 12, 2023 6:21 PM
**To:** Chambers of Magistrate Judge Joseph F. Saporito <Magistrate_Judge_Saporito@pamd.uscourts.gov>
**Cc:** mjones_jonespassodelis.com <mjones@jonespassodelis.com>; ggeiger_newmanwilliams.com <ggeiger@newmanwilliams.com>; Lees, Paul <plees@dmclaw.com>; mwynkoop@margolisedelstein.com; mjones_jonespassodelis.com <mjones@jonespassodelis.com>; Michael R. Lettrich <mlettrich@jonespassodelis.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>; abaranowski@margolisedelstein.com; Jocelyn' <jmendez@margolisedelstein.com>; kbambary@dmclaw.com
**Subject:** Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477)

**CAUTION - EXTERNAL:**

Good Evening,

My clients have advised me that they are no longer interested in pursuing settlement discussions with His Honor. As such, I do not believe that this Thursday's 3 PM teleconference is necessary.

Please let me know if you or His Honor have any questions or concerns.

Thank you,
**Catherine W. Lowry, Esq.**
*Admitted PA &NJ,

D<small>EREK</small> S<small>MITH</small> L<small>AW</small> G<small>ROUP</small>, PLLC
The Employment Lawyers™

*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.