# EXHIBIT B

**Marie M. Jones**

| | |
|---|---|
| **From:** | Catherine Smith <catherine@dereksmithlaw.com> |
| **Sent:** | Monday, June 19, 2023 11:15 AM |
| **To:** | Marie M. Jones |
| **Subject:** | Re: Continuing mediation efforts |

Marie,

My clients were very disappointed in how the SC with Judge Saporito was handled both by the Judge and the Defendants. As such, they are unwilling to agree to engage in any further discussions without a revised offer. Then, and only then, will they consider continuing to engage in mediation.

Please understand that there is no agreement to extend the MSJ deadline and any request/motion will be opposed by Plaintiffs.

Please let me know if you have any questions or concerns.

Thank you,
**Catherine W. Lowry, Esq.**
*Admitted PA &NJ,

D<small>EREK</small> S<small>MITH</small> L<small>AW</small> G<small>ROUP</small>, PLLC
The Employment Lawyers™
*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

---

**From:** Marie M. Jones <mjones@jonespassodelis.com>
**Sent:** Friday, June 16, 2023 2:48 PM
**To:** Catherine Smith <catherine@dereksmithlaw.com>
**Subject:** RE: Continuing mediation efforts

Catherine,

This is to you alone.

In agreeing to mediate, my clients are saying they will are willing to move. We remain far apart but progress has been made. So by agreeing to further mediate, my clients are agreeing in good faith to continue that progress and still try to find common ground. If I make another offer, one or more of your clients may not like it and then the next condition will be that this was not the 'right

1

offer'. When we walked out of the courthouse the other day, you were going to call Judge Melachick then to schedule the next session but I hadn't obtained agreement to use that mediator. Now that I have, let's use the mediation process with someone your clients want to use to make the most of it.

I have alot of players to gather for every new issue so time is not on our side, given the motions deadline which is approaching. We are willing to mediate with your clients' preferred mediator and can use that event to have all the players together. If that is not enough, we will move the court to extend the time for MSJ motions. Unfortunately, all that will do is spend more money on items other than settlement.

I am available to talk.

Best,
Marie



**Marie Milie Jones**
Attorney at Law
Martindale-Hubbell® AV Peer Review Rated Preeminent™
www.jonespassodelis.com

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and permanently delete any electronic or printed version and attachments. Thank you.

---

**From:** Catherine Smith <catherine@dereksmithlaw.com>
**Sent:** Thursday, June 15, 2023 4:37 PM
**To:** Marie M. Jones <mjones@jonespassodelis.com>
**Cc:** mwynkoop@margolisedelstein.com; Gerard Geiger (ggeiger@newmanwilliams.com) <ggeiger@newmanwilliams.com>; plees@dmclaw.com; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** Re: Continuing mediation efforts

Marie,

You have my client's position. We will not agree to mediate without a offer in response to our most recent reduced demand.

Please let me know if you have any questions or concerns.

Thank you,
**Catherine W. Lowry, Esq.**
*Admitted PA &NJ,
DEREK SMITH LAW GROUP, PLLC
The Employment Lawyers™

2

*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco
*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

**From:** Marie M. Jones <mjones@jonespassodelis.com>
**Sent:** Thursday, June 15, 2023 4:33 PM
**To:** Catherine Smith <catherine@dereksmithlaw.com>
**Cc:** mwynkoop@margolisedelstein.com <mwynkoop@margolisedelstein.com>; Gerard Geiger (ggeiger@newmanwilliams.com) <ggeiger@newmanwilliams.com>; plees@dmclaw.com <plees@dmclaw.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** RE: Continuing mediation efforts

Catherine,

If your clients are willing to mediate and they are choosing the mediator they now want, over the one who worked with us all day, then let's go ahead and mediate. All of these one-sided conditions are not productive, because they are antithetical to compromise and, as you know, it sometimes takes time to work with the parties on both sides to come a resolution. If any case called for more than one day of mediating, it is this one. We can do the mediation remotely if that is easier for all or helps on your side.

Let's just try to get a call with the judge to go over all of this.

Best,
Marie



Gulf Tower, Suite 3410, 707 Grant Street, Pittsburgh, PA 15219
T. 412.315.7272 | www.jonespassodelis.com

**Marie Milie Jones**
Attorney at Law
Martindale-Hubbell® AV Peer Review Rated Preeminent™
www.jonespassodelis.com

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and permanently delete any electronic or printed version and attachments. Thank you.

**From:** Catherine Smith <catherine@dereksmithlaw.com>
**Sent:** Thursday, June 15, 2023 4:19 PM
**To:** Marie M. Jones <mjones@jonespassodelis.com>
**Cc:** mwynkoop@margolisedelstein.com; Gerard Geiger (ggeiger@newmanwilliams.com)

3

<ggeiger@newmanwilliams.com>; plees@dmclaw.com; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** Re: Continuing mediation efforts

Marie,

My clients will not consent to continue negotiations in any manner without Defendants responding to our reduced demand with a new offer.

Please let me know if you have any questions or concerns.

Thank you,
**Catherine W. Lowry, Esq.**

*Admitted PA &NJ,

# DEREK SMITH LAW GROUP, PLLC

**The Employment Lawyers™**

*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

---

**From:** Marie M. Jones <mjones@jonespassodelis.com>
**Sent:** Thursday, June 15, 2023 4:16 PM
**To:** Catherine Smith <catherine@dereksmithlaw.com>
**Cc:** mwynkoop@margolisedelstein.com <mwynkoop@margolisedelstein.com>; Gerard Geiger (ggeiger@newmanwilliams.com) <ggeiger@newmanwilliams.com>; plees@dmclaw.com <plees@dmclaw.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** RE: Continuing mediation efforts

Catherine,

After discussion, my clients will consent to your request to mediate with Judge Mehalchick. They are willing to discuss a new position with the mediator once assigned, given that is the role of this individual. I can be on a call with you to reach Judge Carlson if that is easier to move this forward.

Best,
Marie



**Marie Milie Jones**
Attorney at Law
**Martindale-Hubbell® AV Peer Review Rated Preeminent™**
www.jonespassodelis.com

This transmission is intended for the use of the individual or entity to which it is

addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and permanently delete any electronic or printed version and attachments. Thank you.

**From:** Catherine Smith <catherine@dereksmithlaw.com>
**Sent:** Tuesday, June 13, 2023 8:46 AM
**To:** Marie M. Jones <mjones@jonespassodelis.com>
**Cc:** mwynkoop@margolisedelstein.com; Gerard Geiger (ggeiger@newmanwilliams.com) <ggeiger@newmanwilliams.com>; plees@dmclaw.com; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** Re: Continuing mediation efforts

Counsel,

I will need an update from you and your clients before drafting the letter to Judge Carlson. Most specifically, an update offer and position on Judge Mehalchick. The length of any extensions for MSJ will be dependent on these two items.

Please let me know if you have any questions or concerns.

Thank you,
**Catherine W. Lowry, Esq.**
*Admitted PA &NJ,

**DEREK SMITH LAW GROUP, PLLC**
The Employment Lawyers™

*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco
*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

**From:** Marie M. Jones <mjones@jonespassodelis.com>
**Sent:** Monday, June 12, 2023 4:56 PM
**To:** Catherine Smith <catherine@dereksmithlaw.com>
**Cc:** mwynkoop@margolisedelstein.com <mwynkoop@margolisedelstein.com>; Gerard Geiger (ggeiger@newmanwilliams.com) <ggeiger@newmanwilliams.com>; plees@dmclaw.com <plees@dmclaw.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** RE: Continuing mediation efforts

I will await those communications.

Best,
Marie

5



**Marie Milie Jones**
Attorney at Law
Martindale-Hubbell® AV Peer Review Rated Preeminent™
www.jonespassodelis.com

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and permanently delete any electronic or printed version and attachments. Thank you.

**From:** Catherine Smith <catherine@dereksmithlaw.com>
**Sent:** Monday, June 12, 2023 4:51 PM
**To:** Marie M. Jones <mjones@jonespassodelis.com>
**Cc:** mwynkoop@margolisedelstein.com; Gerard Geiger (ggeiger@newmanwilliams.com) <ggeiger@newmanwilliams.com>; plees@dmclaw.com; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** Re: Continuing mediation efforts

Marie,

My clients do not wish to continue discussions with the assistance of Judge Saporito. I intended to let his chambers know today so he could release the Thursday 3pm call. I will prepare a letter for Judge Carlson once we reconnect regarding how discussions moving forward will occur.

Thank You
Catherine

Get Outlook for iOS

**From:** Marie M. Jones <mjones@jonespassodelis.com>
**Sent:** Monday, June 12, 2023 4:14:53 PM
**To:** Catherine Smith <catherine@dereksmithlaw.com>
**Cc:** mwynkoop@margolisedelstein.com <mwynkoop@margolisedelstein.com>; Gerard Geiger (ggeiger@newmanwilliams.com) <ggeiger@newmanwilliams.com>; plees@dmclaw.com <plees@dmclaw.com>; Alyssa DeBise <alyssa@dereksmithlaw.com>
**Subject:** Continuing mediation efforts

Catherine,

When we left the courthouse Friday, we talked about letting the weekend pass and the emotions of all the parties subside. As discussed with Judge Saporito, I am circling back this week with all of the players on the defense side to work to continue mediation efforts. As an update, my clients are willing to continue talking.
We did set time for Thursday at 3:00 with Judge Saporito (which remains fine with my clients). If you and your clients are still not willing to move forward with him as mediator, as you indicated, let me know when you propose to connect to follow up to Judge Carlson, and to Judge Saporito's chambers, to advise of your position so we can determine next steps for moving forward?

I have copied all counsel given this may involve some court contacts.

Best,
Marie


Gulf Tower, Suite 3410, 707 Grant Street, Pittsburgh, PA 15219
T. 412.315.7272 | www.jonespassodelis.com

**Marie Milie Jones**
Attorney at Law
**Martindale-Hubbell® AV Peer Review Rated Preeminent™**
www.jonespassodelis.com

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and permanently delete any electronic or printed version and attachments. Thank you.