IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Scranton)

| | |
|---|---|
| JANE DOE, et al., | CIVIL ACTION – LAW |
| Plaintiffs, | No. 3:21-cv-00477-MCC |
| and | MAGISTRATE JUDGE MARTIN C. CARLSON |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| SCHUYLKILL COUNTY COURTHOUSE, et al., | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2023, upon consideration of the foregoing Joint Defense Motion for Extension of Time to File Motions for Summary Judgment, it is ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Motions for Summary Judgment are due by July 31, 2023. Responses to Motions for Summary Judgment are due by August 30, 2023.

BY THE COURT:

_____J.

{W0290548.1}