**DEREK SMITH LAW GROUP, PLLC**
CATHERINE W. SMITH, ESQUIRE
Attorney ID No. 316291
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(267) 857-0832
catherine@dereksmithlaw.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, et. al.**<br>      **Plaintiffs,**<br><br>                    v.<br><br><br>**SCHUYLKILL COUNTY, et. al.**<br>      **Defendants.** | **Civil Docket No: 3:21-CV-00477** |

### CERTIFICATE OF SERVICE

I, Catherine W. Smith, certify on this date I caused a true and correct copy of Plaintiffs' Response in Opposition to Defense's Joint Motion for Extension of Time to File Motions for Summary Judgement to be filed with the Clerk of Court via ECF which will cause a copy to be served upon all counsel of record.

**<SIGNATURE TO FOLLOW ON NEXT PAGE>**

|  |  |
|---|---|
| Dated: June 19, 2023 | Respectfully Submitted,<br>**DEREK SMITH LAW GROUP, PLLC**<br>*Attorneys for Plaintiffs*<br><br>By: _/s/ Catherine W. Smith, Esq_____<br>    Catherine W Smith, Esquire<br>    1835 Market Street, Suite 2950<br>    Philadelphia, Pennsylvania 19103 |