**DEREK SMITH LAW GROUP, PLLC**
CATHERINE W. SMITH, ESQUIRE
Attorney ID No. 316291
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(267) 857-0832
catherine@dereksmithlaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, et. al.**<br>    **Plaintiffs,**<br><br>        v.<br><br>**SCHUYLKILL COUNTY, et. al.**<br>    **Defendants.** | **Civil Docket No: 3:21-CV-00477** |

## [Proposed] ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Joint Defense Motion for Extension of Time to File Motions for Summary Judgment and Plaintiffs' Response in Opposition to the same, it is hereby ORDERED that Defendants' Motion is **DENIED**.

BY THE COURT:

_____
HONORABLE MARTIN C. CARLSON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA