# EXHIBIT B

| | |
|---|---|
| **From:** | Catherine Smith |
| **To:** | Marie M. Jones; Alyssa DeBise; Maria N. Pipak; Michael R. Lettrich; Lisa Yeasted; ggeiger@newmanwilliams.com; Nikole Threats; Lees, Paul; kbambary@dmclaw.com; mwynkoop@margolisedelstein.com; Mendez, Jocelyn; abaranowski@margolisedelstein.com; Miller, Michael; Tara Panella-Eichler |
| **Subject:** | Re: Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477) |
| **Date:** | Thursday, July 6, 2023 8:56:54 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |

Counsel,

As you know, this report did not exist until more recently and as such, it could not be obtained prior to the discovery deadline. Post deadline discovery is permissible under such circumstances. Additionally, the contents of this report, as I understand, include relevant information related to my clients' claims. As it is your objection, please prepare a letter to His Honor requesting a teleconference conference for my review.

Please let me know if you have any questions or concerns.

Thank you,
**Catherine W. Lowry, Esq.**
*Admitted PA &NJ,

# DEREK SMITH LAW GROUP, PLLC
**The Employment Lawyers**™
*Representing Employees Exclusively*

Tel: (267) 857-0832 | Toll Free No. (800) 807-2209 | Email: catherine@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity,

**From:** Marie M. Jones <mjones@jonespassodelis.com>
**Sent:** Wednesday, July 5, 2023 2:54 PM
**To:** Alyssa DeBise <alyssa@dereksmithlaw.com>; Catherine Smith <catherine@dereksmithlaw.com>; Maria N. Pipak <mpipak@jonespassodelis.com>; Michael R. Lettrich <mlettrich@jonespassodelis.com>; Lisa Yeasted <lyeasted@jonespassodelis.com>; ggeiger@newmanwilliams.com <ggeiger@newmanwilliams.com>; Nikole Threats <nthreats@newmanwilliams.com>; Lees, Paul <plees@dmclaw.com>; kbambary@dmclaw.com <kbambary@dmclaw.com>; mwynkoop@margolisedelstein.com <mwynkoop@margolisedelstein.com>; Mendez, Jocelyn <jmendez@margolisedelstein.com>; abaranowski@margolisedelstein.com <abaranowski@margolisedelstein.com>; Miller, Michael <mmiller@margolisedelstein.com>; Tara Panella-Eichler <tpanella@jonespassodelis.com>
**Subject:** RE: Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477)

Catherine and Alyssa,

While I thought I had addressed this issue, it appears my email may not have been sent.

The county objects to this request and believes this request is improper.

First, while the subpoena is directed to Denise Elliott, it appears the information sought from her relates to her role as an attorney retained to perform work as an EEO Officer for the county. The information therefore, is information that is really that of the county's. This request is nothing more a request for information of the county and styling it as a subpoena to Ms. Elliott is a back door method of doing discovery which should not be permitted.
Moreover, discovery is now long concluded.
In addition, Ms. Twigg is not party to the suit, so seeking discovery about her is not related to the issues in the case nor proportional to the needs of the case, particularly at this stage of the litigation, but instead amounts to a fishing expedition.

We can fashion a letter to the court if needed to further address this, as was done in the past on issues connected to subpoenas to which a party objected.

Best,
Marie



**Marie Milie Jones**
Attorney at Law
**Martindale-Hubbell® AV Peer Review Rated Preeminent™**
www.jonespassodelis.com

This transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and permanently delete any electronic or printed version and attachments. Thank you.

**From:** Alyssa DeBise <alyssa@dereksmithlaw.com>
**Sent:** Wednesday, June 21, 2023 2:24 PM
**To:** Marie M. Jones <mjones@jonespassodelis.com>; Maria N. Pipak <mpipak@jonespassodelis.com>; Michael R. Lettrich <mlettrich@jonespassodelis.com>; Lisa Yeasted <lyeasted@jonespassodelis.com>; ggeiger@newmanwilliams.com; Nikole Threats <nthreats@newmanwilliams.com>; Lees, Paul <plees@dmclaw.com>; kbambary@dmclaw.com; mwynkoop@margolisedelstein.com; Mendez, Jocelyn <jmendez@margolisedelstein.com>; abaranowski@margolisedelstein.com; Miller, Michael <mmiller@margolisedelstein.com>

**Cc:** Catherine Smith <catherine@dereksmithlaw.com>
**Subject:** Jane Doe, et al. v. Schuylkill County et. al. (Civil Action No.: 3:21-00477)

Good afternoon, Counsel,

Please see the attached Notice of Intent to Serve a Subpoena upon Denise Elliot, Esquire, as well as the corresponding subpoena.

Please let me know if you have any questions and concerns.

Thank you,

**Alyssa DeBise**

### DEREK SMITH LAW GROUP, PLLC

**The Employment Lawyers™**
*Employment Lawyers Representing Employees Exclusively*
Toll Free No. (800) 807-2209 | 1835 Market Street, Suite 2950 | Philadelphia, PA 19103
Tel: (215) 391-4790 | Fax: (215) 893-5288 | Email: alyssa@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**