# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, et al.,** : | |
| : | Civil No. 3:21-CV-477 |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | **(Magistrate Judge Carlson)** |
| **SCHUYLKILL COUNTY** : | |
| **COURTHOUSE, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

AND NOW, this 28th day of July 2023, following a telephone conference to discuss discovery matter brought to the court's attention and having heard from the parties regarding their positions on the outstanding discovery issue, and in accordance with the instructions provided to counsel during the conference, IT IS HEREBY ORDERED THAT: The final report prepared by Denise Elliot, an attorney retained by the County to perform work as an external EEO Officer, shall be submitted to the Court for an in camera review **on or before August 7th, 2023**.

The report should be sent to the Court through our Deputy Clerk, Kevin Neary, at Kevin_Neary@pamd.uscourts.gov.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
