IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Scranton)

| | |
|---|---|
| JANE DOE, et al., | CIVIL ACTION – LAW |
| Plaintiffs, | No. 3:21-cv-00477-MCC |
| v. | MAGISTRATE JUDGE MARTIN C. CARLSON |
| SCHUYLKILL COUNTY COURTHOUSE, et al., | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this \_\_31st\_\_ day of \_\_\_\_July\_\_\_\_, 2023, upon consideration of the stipulation of counsel regarding the filing of Motions for Summary Judgment, said Stipulation is APPROVED.

It is hereby ORDERED that the schedule for filing of Motions for Summary Judgment shall be as follows:

1. Motions for Summary Judgment are due by July 31, 2023.

2. Concise Statements of Facts and Briefs in Support of Motions for Summary Judgment are due by August 14, 2023.

3. Responses to Motions for Summary Judgment, Counterstatements of Fact and Opposing Briefs are due by September 13, 2023.

4. Reply Briefs are due by October 13, 2023.

BY THE COURT:

*Martin C. Carlson*, J.