UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, et. al.<br>    Plaintiff,<br><br>v.<br><br>SCHUYLKILL COUNTY<br>COURTHOUSE, et. al.<br>    Defendants. | Civil Docket No: 3:21-CV-00477 |

## ORDER

**AND NOW**, this ___11th___ day of ___September___, 2023, **IT IS ORDERED** that the deadlines for Plaintiffs' Responses to Defendants' Motions for Summary Judgment and Defendants' Reply thereto as follows:

1. Plaintiffs' Responses to Defendants' Motions for Summary Judgment:

    a. Current Deadline: September 13, 2023

    b. New Deadline: September 20, 2023

2. Defendants' Reply

    a. Current Deadline: October 13, 2023

    b. New Deadline: October 20, 2023

<SIGNATURES TO FOLLOW ON NEXT PAGE>

BY THE COURT:
*s/ Martin C. Carlson*

_____

**MARTIN C. CARLSON**

**U.S. Magistrate Judge**