# DEREK SMITH LAW GROUP, PLLC
### Employment Lawyers Representing Employees Exclusively

**Philadelphia | New York | Los Angeles | Miami | New Jersey**

January 12, 2024

**VIA ECF and Email**
Magistrate Judge Daryl F. Bloom
magistrate_judge_bloom@pamd.uscourts.gov

    **RE:   Jane Doe, et al. v. Schuylkill County et. al.**
           **Civil Action No.:  3:21-00477**

Dear Judge Bloom,

    This letter is in response to Your Honor's Order (DKT 308) dated January 3, 2024. Your Honor Ordered "that the parties [] report to [Your Honor]…indicating whether [the discovery dispute regarding documents submitted to Judge Carlson for *in camera* review] remains outstanding and requires resolution by [Your Honor] or whether the matter has been resolved.

    This issue has been resolved.  On August 14, 2023, Judge Carlson issued a Memorandum and Order. (DKT 253). This Order denied Plaintiff's request for the disclosure of the Elliott report.

    Please contact us if you require anything further from us or have any questions.

Respectfully submitted,

| | |
|---|---|
| _/s/ Catherine W. Lowry (Smith)_ | __/s/ Marie M. Jones, *Esq.*____ |
| Catherine Smith, Esq. | Marie M. Jones Esq. |
| 1835 Market Street, Suite 2950 | 707 Grant Street, Suite 3410 |
| Philadelphia, Pennsylvania 19103 | Pittsburgh, PA 15219 |
| Email: catherine@dereksmithlaw.com | Email: mjones@jonespassodelis.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant SC, Bender, and Zula* |
| | |
| | _/s/ Gerald J. Geiger, Esq. _____ |

Gerald J Geiger, Esq.
712 Monroe Street
P.O. Box 5111
Stroudsburg, Pennsylvania 18360
Email:ggeiger@newmanwilliams.com
*Attorney for Defendant Halcovage*

 */s/ Meghan Wynkoop, Esq.*
Meghan Wynkoop, Esq.
170 S Independence Mall W, Suite 400E
Philadelphia, PA 19106
Email: mwynkoop@margoliseselstein.com
*Attorney for Defendant Roth*

And

 */s/ Paul G. Lees, Esq.*
Paul G. Lees, Esquire
190 Brodhead Road, Suite 310
Bethlehem, PA 18017
Email: plees@dmclaw.com
*Attorney for Defendant Kutzler*