IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, et al., | : | Civ. No. 3:21-CV-477 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Bloom) |
| SCHUYLKILL COUNTY | : | |
| COURTHOUSE, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

For the foregoing reasons state in our Memorandum Opinion, Defendant Halcovage's motion for partial summary judgment (Doc. 236) will be DENIED.

Submitted this 7th day of March 2024.

*s/ Daryl F. Bloom*
Daryl F. Bloom
 United States Magistrate Judge
