IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Scranton)

| | |
|---|---|
| JANE DOE, et al., | CIVIL ACTION – LAW |
| Plaintiffs, | No. 3:21-cv-00477-MCC |
| v. | MAGISTRATE JUDGE DARYL F. BLOOM |
| SCHUYLKILL COUNTY COURTHOUSE, et al., | |
| Defendants. | |

## ORDER OF COURT

AND NOW, this 29th day of April, 2024, upon consideration of Defendants' Motion to Withdraw Defendants' Motion to Enforce Settlement and for Sanctions, it is hereby ORDERED that said Motion is GRANTED, and Defendants' Motion to Enforce Settlement and for Sanctions (ECF No. 321) is hereby WITHDRAWN.

BY THE COURT:

*s/ Daryl F. Bloom*
_____
**Daryl F. Bloom,
U.S. Magistrate Judge**

{W0316596.1}