# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, JANE DOE 2, ) | Civil Action No. 3:21-cv-00477 |
| JANE DOE 3 AND JANE DOE 4 ) | |
| ) | |
| Plaintiffs ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| ) | |
| SCHUYLKILL COUNTY, ) | |
| GEORGE HALCOVAGE, GLENN ) | |
| ROTH, GARY BENDER, HEIDI ) | |
| ZULA and DOREEN KUTZLER, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

**DEFENDANT KUTZLER'S MOTION SEEKING TO PRECLUDE THE ADMISSION OF UNFAIRLY PREJUDICIAL "GOLDEN RULE" ARGUMENTS AND IMPROPER COMMENTS**

AND NOW, come Defendant, Doreen Kutzler, by and through ither undersigned counsel, and files the within Motion seeking to Preclude Plaintiffs from presenting any unfairly prejudicial "Golden Rule" comments or arguments during the trial of this matter and respectfully avers as follows:

1. The above action was initiated by the filing of a complaint on March 16, 2021. (Docket Document 1) Plaintiffs' complaint seeks recovery for alleged discrimination, sexual harassment, hostile work environment and retaliation under

Title VII, 42 U.S.C. §1983 and Pennsylvania State Law including the Pennsylvania Human Relations Act.

2. Following the filing of motions to dismiss, Plaintiffs filed an amended complaint on April 16, 2021. (Docket Document 20)

3. Thereafter plaintiffs sought leave and subsequently filed a second amended complaint on October 29, 2021. (Docket Document 63)

4. Plaintiffs' second amended complaint added additional factual assertions as well as named new defendants in the action including moving defendant Kutzler.

5. Plaintiffs' second amended complaint asserts claims against moving defendant under the Pennsylvania Human Relations Act (Counts V – VII) and under 42 U.S.C. §1983. (Counts VIII, IX and XIII (sic)).

6. It is believed and therefore averred that plaintiffs and/or their counsel may attempt to introduce evidence or testimony during the trial of this matter seeking to exploit the passion and sympathy of the jury and suggest that the jury put themselves in the place of the plaintiffs, "send a message" and similar remarks and which would be improper and unfairly prejudicial and seek to have the jury decide a case based on bias and emotion instead of the evidence.

7. As such testimony, evidence or argument is improper and unfairly prejudicial it is respectfully submitted this honorable court should enter an order prohibiting and excluding such from the trial of this matter.

WHEREFORE, Defendant, Doreen Kutzler respectfully requests that her Motion to Preclude Improper "Golden Rule" Comments and/or Similar Improper Arguments be Granted by this honorable Court.

Respectfully submitted,

**DICKIE, McCAMEY & CHILCOTE**

Date: December 3, 2024        By:   /s/ Paul G. Lees
Paul G. Lees, Esquire
Identification No. 68886
190 Brodhead Road, Suite 310
Bethlehem, PA 18017
(484) 510-7697
Email: plees@dmclaw.com
*Attorney for Defendant*
*Doreen Kutzler*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, JANE DOE 2, JANE DOE 3 AND JANE DOE 4 | Civil Action No. 3:21-cv-00477 |
| Plaintiffs | JURY TRIAL DEMANDED |
| v. | |
| SCHUYLKILL COUNTY, GEORGE HALCOVAGE, GLENN ROTH, GARY BENDER, HEIDI ZULA and DOREEN KUTZLER, | |
| Defendants | |

## **CERTIFICATE OF NONCONCURRENCE**

The undersigned hereby certifies that he has advised counsel for Plaintiffs of Defendant Kutzler's Motion to Preclude Improper "Golden Rule" Comments and/or Argument this date and defense counsel has not been advised that plaintiffs' counsel concurs in the aforesaid Motion.

Respectfully submitted,

**DICKIE, McCAMEY & CHILCOTE**

Date: December 3, 2024      By:   /s/ Paul G. Lees
                                                          Paul G. Lees, Esquire
                                                          Identification No. 68886
                                                          190 Brodhead Road, Suite 310
                                                          Bethlehem, PA 18017
                                                          (484) 510-7697
                                                          Email: plees@dmclaw.com
                                                          *Attorney for Defendant Doreen Kutzler*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendant Kutzler's Motion to Preclude Improper "Golden Rule" Comments and/or Argument has been electronically filed and is available for viewing and downloading from the ECF System. The following counsel of record was served via electronic notification:

| | |
|---|---|
| Catherine W. Smith, Esquire<br>Derek Smith Law Group, PLLC<br>1835 Market Street, Suite 2950<br>Philadelphia, PA  19103<br>catherine@dereksmithlaw.com<br>*Attorney for Plaintiff* | Meghan Wynkoop, Esquire<br>Margolis Edelstein<br>170 S. Independence Mall, Suite 400E<br>Philadelphia, PA  19106<br>mwynkoop@margolisedelstein.com<br>Attorney *for Defendant Glen Roth* |
| Marie Milie Jones, Esquire<br>JonesPassodelis, PLLC<br>Gulf Tower, Suite 3410<br>707 Grant Street<br>Pittsburgh, PA 15219<br>mjones@jonespassodelis.com<br>*Attorney for Defendants Schuylkill County, Gary Bender and Heidi Zula* | Gerard J. Geiger, Esquire<br>P. O. Box 511<br>712 Monroe Street<br>Stroudsburg, PA  18360<br>Ggeiger@newmanwilliams.com<br>*Attorney for Defendant G. Halcovage-Individual Capacity* |

**DICKIE, McCAMEY & CHILCOTE**

Date: December 3, 2024         By:    /s/ Paul G. Lees
                                                        Paul G. Lees, Esquire
                                                        Identification No. 68886
                                                        190 Brodhead Road, Suite 310
                                                        Bethlehem, PA 18017
                                                        (484) 510-7697
                                                        (888) 811-7144 (fax)
                                                        Email: plees@dmclaw.com
                                                        *Attorney for Defendant Doreen Kutzler*