# DEFENDANT ROTH ANTICIPATED EXHIBITS

1. Any and all exhibits introduced by Plaintiffs and/or Co-Defendants subject to redactions based on pre-trial orders

2. Any deposition transcripts subject to redactions based on pre-trial orders

3. Any exhibits introduced in depositions subject to redactions based on pre-trial orders

4. All documents exchanged in discovery subject to redactions based on pre-trial orders

5. Plaintiffs' medical and psychotherapy records

6. Job Description – First Assistant County Solicitor – Risk Manager
    ROTH 00001-00002

7. Roth Offer Letter
    County 0376

8. Roth Application for Employment
    County 0378-379

9. PAR for Asst County Solicitor position – Roth
    County 0366

10. Roth Policy Acknowledgement Forms
    County 0386-397

11. Roth Authorization to Obtain Information, check for criminal background
    County 0364

12. Roth Sexual Harassment Training Acknowledgment Form
    County 0384

13. Roth; Another sexual harassment acknowledgement form
    County 0381

14. Roth; Another sexual harassment acknowledgment form
    County 0382

15. Roth; Another sexual harassment acknowledgment form
    County 0398

16. The SC Organizational Chart
    Zula 2473

17. PAR for Toomey, Tax Claim Director and assuming duties for coal lands
    County 0418

18. Toomey Job Description for Tax Claim Director
    County 0419-420

19. PAR for Toomey to become the interim director for Tax Claim and Assessment
    County 0412

20. PAR for Toomey to be official director for Tax Claim and Assessment
    County 0411

21. PAR for Gerchak for interim assistant tax assessment/tax claim position
    County 0309

22. PAR for Goodman to interim field appraiser
    County 0104

23. Toomey Email re: Coal Lands dated 2.13.15
    Halcovage 301-302

24. Toomey Email to Halcovage re: Clerk Typist Position dated 6.17.16
    Halcovage 377

25. Email from Toomey re: restructuring Tax Claim Office/vacancies dated 3.3.16
    Halcovage 353 – 354

26. Toomey email dated 9.9.21
    ZulaRFP 2816-2819

27. Bender's letter to Gerchak dated 9.17.21 re: Suspension
    ZulaRFP 1832

28. Zula and Roth Emails with Lexis Rep dated August 2021
    ZulaRFP 2767

29. Email from Zula to Heatherington re: LexisNexis
    ZulaRFP 1366

30. Sexual Harassment Training Quiz – and signed by Roth

31. Position Description – HR Director November 2017
    County 1138-1140

32. Letter to Toomey from Bender re: directing employees to WFH dated 1.15.21

      DoeSupp 583-584

33. Zula and Toomey email re: Investigation Request/Retaliation dated 6.3.21
    ZulaRFP 1802-1804

34. Bender and Zula email re: Toomey's PTO dated 3.18.21
    ZulaRFP 715

35. Zula Email to Commissioners re: Goodman Job Abandonment dated 5.9.22
    Zula RFP 1761, 1762

36. PAR for Gary Bender
    County 20

37. Bender Policy Acknowledgement Forms
    County 31-36

38. Bender Sexual Harassment Policy Acknowledgement Form dated 10/27/2006
    County 27

39. Bender Sexual Harassment Policy/Training Acknowledgement Form dated 10/9/2013
    County 28

40. Bender Sexual Harassment Policy Acknowledgement Form dated 5/14/2015
    County 25

41. Bender PAR dated 6/8/2016 (Promotion)
    County 6

42. Bender PAR dated 9/25/2013 (Promotion)
    County 9

43. Bender Sexual Harassment Policy Acknowledgement Form dated 8/28/2019
    County 24

44. Bender Anti-Harassment and Non-Discrimination Policy Acknowledgement Form and Quiz 2/25/2021
    County 22, 23

45. Position Description for County Administrator
    County 1235-1238

46. Position Description for Real Estate Market Analyst
    County 206-208

47. Position Description for Tax Claim Bureau Director; Revised 3/4/2008
    County 1221, 1222

48. Position Description for Chief Assessor/Director of Tax Claim
    County 1223, 1224

49. Position Description for Tax Claim Bureau Assistant Director
    County 1215, 1216

50. Position Description for Assistant Director – Tax Claim/Tax Assessment
    County 1217, 1218

51. Toomey Discipline for Interaction with Tony Alu; written warning dated 4/21/2021
    County 405, 406

52. Gerchak Discipline for Interaction with Tony Alu; written warning dated 4/21/2021
    County 304-306

53. Toomey Discipline – Suspension dated 5/17/2021 Re: Comments to Linda Marchalk and Paul Bauber
    County 400-404

54. Toomey Policy Acknowledgment Computer Network and Internet Access Policy
    ZulaRFP 2909

55. Toomey Signed Confidentiality Agreement
    ZulaRFP 2907

56. Gerchak Signed Sexual Harassment and Discrimination Policies
    County 337-338, 356-359

57. LexisNexis Accurint for Government Customer Education
    ZulaRFP 2964-2979

58. Gerchak Signed Confidentiality Agreement
    ZulaRFP 2906

59. PAR for Goodman Part-Time Employment and Job Application
    County 126, 135-136

60. Goodman Sexual Harassment Policy Acknowledgment Forms
    County 144-146

61. Halcovage Sexual Harassment Policy Acknowledgement Forms dated 12/5/2011
    County 211-212

Case 3:21-cv-00477-DFB     Document 467     Filed 03/03/25     Page 5 of 5