**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCHUYLKILL COUNTY, et. al.,<br><br>Defendants. | Civil Action No. 3:21-cv-00477 |

**STIPULATION OF DISMISSAL**

The parties, through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action, with prejudice, and without any award of costs or fees to any party.

Respectfully Submitted,

_/s/ *Catherine W. Lowry, Esq.*
Catherine W, Lowry, Esq.
1628 Pine Street
Philadelphia, Pennsylvania 19103
Email: catherine@dereksmithlaw.com
*Attorneys for Plaintiffs*

__/s/ Marie M. Jones, *Esq.*____
Marie M. Jones Esq.
120 Fifth Avenue, Suite 26300
Pittsburgh, PA 15222
Email: mjones@jonespassodelis.com
*Attorney for Defendant SC, Bender, and Zula*

_/s/ *Gerard J. Geiger, Esq.*________
Gerard J Geiger, Esq.
712 Monroe Street
P.O. Box 5111

Stroudsburg, Pennsylvania 18360
Email:ggeiger@newmanwilliams.com

*Attorney for Defendant Halcovage*

_/s/ Meghan Wynkoop, Esq._________
Meghan Wynkoop, Esq.
170 S Independence Mall W
Suite 400E
Philadelphia, PA 19106
Email:
mwynkoop@margoliseselstein.com
*Attorney for Defendant Roth*

And

_/s/ Paul G. Lees, Esq._____
Paul G. Lees, Esquire
190 Brodhead Road, Suite 310
Bethlehem, PA 18017
Email: plees@dmclaw.com
*Attorney for Defendant Kutzler*

**CERTIFICATE OF SERVICE**

I, Catherine W. Lowry, Esq., counsel for Plaintiff, herby certify that on May 6, 2025, a true and correct copy of the foregoing *Stipulation of Dismissal* was filed and served via operation of the Court's CM/ECF system and is available for viewing and downloading from the ECF system by all counsel of record.

By: **DEREK SMITH LAW GROUP, PLLC**

*/s/ Catherine W. Lowry, Esq.*
Catherine W. Lowry, Esq.
1628 Pine Street
Philadelphia, PA 19103
catherine@dereksmithlaw.com